# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> SEALED <br><br> **TITUS JEROME GREEN** <br><br><br> DOB:        PDID: | **DOCKET NO:** 07-168-01      **MAGIS. NO:** <br><br> **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED** <br> Titus Jerome Green <br><br> **FILED** <br> AUG 1 0 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| **WARRANT ISSUED ON THE BASIS OF:**   INDICTMENT | **DISTRICT OF ARREST** |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL DISTRIBUTION OF 5 GRAMS OR MORE OF COCAINE BASE;

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 5 GRAMS OR MORE OF COCAINE BASE;

AIDING AND ABETTING

**IN VIOLATION OF:**   UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(B)(iii); 21:841(a)(1) and 841(b)(1)(B)(iii); and 18:2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| **ORDERED BY:** DEBORAH A. ROBINSON <br> U.S. MAGISTRATE JUDGE <br> MAGISTRATE JUDGE ROBINSON | **SIGNATURE (JUDGE/MAGISTRATE JUDGE)** DEBORAH A. ROBINSON <br> U.S. MAGISTRATE JUDGE <br> U.S. MAGISTRATE JUDGE ROBINSON | **DATE ISSUED:** 6/26/07 |
| **CLERK OF COURT:** <br> Nancy Mayer-Whittington | **BY DEPUTY CLERK:** *[signature]* | **DATE:** 6/26/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 08/10/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 08/10/07 | D.L. BALDWIN <br> SDDSM - USMS | *[signature]* DLB |
| HIDTA CASE: Yes   No X | | OCDETF CASE: Yes   No X |

1343434