UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No. 07-168 |
| : | |
| TITUS JEROME GREEN, : | |
| : | |
| Defendant  : | |
| : | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter the appearance of undersigned counsel in this case on behalf of Titus Jerome Green, defendant, effective August 10, 2007.

/s/_____
JOANNE VASCO, ESQUIRE
4102 Madison Street
Hyattsville, MD 20781
301.864.6424
Attorney for Titus Jerome Green

[X]   CJA

[ ]   Retained