DISTRICT OF COLUMBIA
COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, : <br> : <br> v. : <br> : Cr. No. 07-168-1 (PLF) <br> TITUS JEROME GREEN, : <br> : <br> Defendant. : <br> : <br> _____ : | |

## MOTION TO WITHDRAW

Counsel for Titus Jerome Green, defendant herein, hereby requests leave of the court to withdraw representation of Mr. Green in the above-captioned appeal. As reasons for this motion, counsel states the following.

1. On August 10, 2007, undersigned counsel was appointed by this court to represent Mr. Reese in his pending criminal case under the Criminal Justice Act..

2. Undersigned counsel has been contacted by three separate attorneys purporting to have been retained by Mr. Green's mother to represent Mr. Green.

3. On November 19, 2007, Elmer Ellis, Esquire entered his appearance as retained counsel in this case.

**WHEREFORE**, for the foregoing reasons, counsel requests leave to withdraw her representation of Mr. Green.

/s/
JOANNE VASCO, ESQUIRE
Unified Bar Number 367042
 4102 Madison Street
Hyattsville, Maryland 20781
301.864.6424
Attorney for Titus Jerome Green