UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. : 1:07 CR-00168-PLF |
| | ) | |
| **Titus Jerome Green** | ) | |
| Defendant. | ) | |
| | ) | |

**Defendant Titus Jerome Green's's Motion For Status Hearing**

**COMES NOW** the Defendant Titus Jerome Green, by and through his newly retained counsel, Elmer Douglass Ellis, and hereby moves this Honorable Court to schedule a status hearing in this matter as soon as practicable. Counsel was just retained to represent Mr. Green in this matter. Consequently, counsel will requires time to gain a full understanding of the existing and potential issues in this matter. In support of this Motion, the Defendant through undersigned counsel hereby states as follows:

1. The undersigned counsel was retained by the Mr. Green's family on or about November 6, 2007 to represent Mr. Green in this matter.

2. Counsel has been made aware of several potential issues that may affect the status quo in this matter. Counsel requires time to determine if such issues actually exist and whether additional filings are needed to seek the Court's action upon any such issues identified.

3. Therefore, Counsel for the Defendant respectfully request that a status conference be scheduled immediately to revise the existing schedule of events in this matter.

4. Counsel must review predecessor counsel's file and other documents pertinent to this case. However, Counsel has been informed by Mr. Green's former appointed counsel, one Joanne Vasco, that she will not relinquish control of the files and representation of Mr. Green until such time as the Court grants her pending Motion To Withdraw.

5. That the Defendant submits that there is good cause for the scheduling of a status conference in this matter.

6. That the Defendant will suffer extreme prejudice without the benefit of the immediate transfer of the case file by predecessor counsel to his newly retained counsel.

7. There will be no prejudice to the Government nor the Co-Defendants as a result of the Court's granting of the relief requested in this motion.

8. That the Assistant United States Attorney assigned to this case has been of the filing of this Motion and does not oppose the Court's grant of the relief sought herein by the Defendant through Counsel.

9. That the Defendant respectfully request that the Court enter an order scheduling a status conference in the afternoon hours of November 15, 2007 or the earliest mutually available date thereafter. Counsel for the Government will be unavailable the entire week of November 19, 2007.

10. That the Defendant's Sixth Amendment right to effective assistance of counsel and Fifth Amendment right to due process of law will be denied should the Court fail to grant the relief as requested herein.

**WHEREFORE**, for the reasons as stated above, the Defendant Titus Jerome Green, by and through his undersigned counsel and respectfully moves this Honorable Court to enter an order scheduling of a status conference date on November 15, 2007 in the afternoon hours or on the Court's earliest mutually available date thereafter and any such further relief as deemed necessary and appropriate by the Court.

**Respectfully submitted,**

_____

**Elmer Douglass Ellis.**
**Unified Bar No. 423276**
**1100 H Street, N.W.**
**Suite 920**
**Washington, D.C.  20005**
**(202) 789-1975**

**Attorney for Titus Jerome Green**
**Defendant**

## POINTS AND AUTHORITIES

1. Rule 47 of the Federal Rules of Criminal Procedure.

2. The Fifth and Sixth Amendments to the Constitution of the United States of America.

3. The representations of counsel and authority as cited herein.

4. The inherent equitable powers of the Court.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Criminal No. : 1:07 CR-00168 (PLF) |
| ) | |
| **Titus Jerome Green** ) | |
| **Defendant.** ) | |
| ) | |

**ORDER**

Upon consideration of the Defendant Titus Jerome Green's Motion For Status Hearing and the entire record herein, it is, by the Court, this ___ day of November, 2007

**SO ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

　
**District Judge**
**United States Court**
**for the District of Columbia**


Louis Ramos
Counsel for the Government
U.S. Attorney's Office
555 Fourth Street, N.W.
Felony Trial Section
Washington, D.C.  20530

Elmer Douglass Ellis
1100 H Street, N.W.
Suite 920
Washington, D.C.  20005

Case 1:07-cr-00168-PLF    Document 14    Filed 11/13/2007    Page 6 of 7

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion l was served on March 16, 2006 by facsimile and first class mail to:

> Anthony M. Alexis Esq.
> James W. Cooper, Esq.
> Counsel for the Government
> U.S. Attorney's Office
> 555 Fourth Street, N.W.
> Felony Trial Section
> Washington, D.C. 20530
>
> Nancy Luque, Esquire
> Deborah St. Jean, Esquire
> 1200 19th Street, N.W.
> Washington, D.C. 20036

                                            **Elmer Douglass Ellis.**