UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 1 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | ) | |
|---|---|---|
| **United States of America** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. : 1:07 CR-00168 (PLF) |
| | ) | |
| **Titus Jerome Green** | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon consideration of the Defendant Titus Jerome Green's Motion For Status Hearing and the entire record herein, it is, by the Court, this 14th day of November, 2007

**SO ORDERED**, that the Defendant's Motion shall be and hereby is **GRANTED**.

Stth, coference  11/15 at 9:45 AM

_____
District Judge
United States Court
for the District of Columbia

Louis Ramos
Counsel for the Government
U.S. Attorney's Office
555 Fourth Street, N.W.
Felony Trial Section
Washington, D.C. 20530

Elmer Douglass Ellis
1100 H Street, N.W.
Suite 920
Washington, D.C. 20005